1  Kent F. Larsen, Esq.
   Nevada Bar No. 3463
2  Christopher L. Benner, Esq.
   Nevada Bar No. 8963
3  SMITH LARSEN & WIXOM
4  1935 Village Center Circle
   Las Vegas, Nevada 89134
5  Tel:   (702) 252-5002
6  Fax:   (702) 252-5006
   Email: kfl@slwlaw.com
7         clb@slwlaw.com
   Attorneys for Defendant
8  JPMorgan Chase Bank, N.A.
9

10                IN THE UNTED STATES DISTRICT COURT
11                   FOR THE DISTRICT OF NEVADA
12

13  PHILIPPE LAURENT,
                                        CASE NO.: 2:14-cv-00080-APG-VCF
14        Plaintiff,

15  v.
                                        **STIPULATION AND ORDER FOR
16  JPMORGAN CHASE, N.A.                 EXTENSION OF TIME FOR
    and all persons unknown claiming any legal   PLAINTIFF TO RESPOND TO
17  or equitable right title, estate lien, or interest   MOTION FOR SUMMARY
    in the property described in the complaint   JUDGMENT
18  adverse to Plaintiff's title, or any cloud on   (FIRST REQUEST)**
    Plaintiff's title thereto:
19  Plaintiff's title thereto;
    And DOES 1-100;
20
21        Defendants.

22
          Plaintiff Philippe Laurent, pro se, and Defendant JPMorgan Chase Bank, N.A.
23
    ("Chase") by and through its attorneys of record, Smith Larsen & Wixom, hereby stipulate to
24
    an extension of time for Plaintiff to respond to the Motion for Summary Judgment, filed
25
26  March 4, 2015, as Document 18, up to and including April 10, 2015, and for Chase to have up

27  to and including April 24, 2015 to file a Reply. This Stipulation is not made to unnecessarily
28

delay the hearing of this matter or to prejudice any party, but to allow the pro se Plaintiff additional time in which to respond to Chase's Motion.

This request is made pursuant to Local Rule 6-1, and is made necessary in part by Plaintiff's status as a pro se litigant.

DATED: March 17, 2015

By:/s/Philippe Laurent
Philippe Laurent
Pro Se
417 Grand Augusta Lane
Las Vegas, NV  89144

By:/s/ Christopher L. Benner
Kent F. Larsen, Esq.
Nevada Bar No. 3463
Christopher L. Benner, Esq.
Nevada Bar No. 8963
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendant
JPMorgan Chase Bank, N.A

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated:  March 23, 2015

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006